# Notice Recipients

District/Off: 0311–1         User: Nicki            Date Created: 8/29/2019
Case: 19–11829–LSS           Form ID: pdfnap        Total: 92

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13807257    First Sound Bank
13807256    Wilmington Savings Fund Society, FSB

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust         U.S. Trustee     Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801
13807179    ARSI    555 St. Charles Dr.    Suite 100    Thousand Oaks, CA 91360–3983
13807188    Allied Waste    P.O. Box 9001099    Louisville, KY 40290–1099
13807171    Ally Financial    Attn: Bankruptcy Dept    Po Box 380901    Bloomington, MN 55438–0901
13807180    Alternative Closet Co.    174 E. Industry Court    Deer Park, NY 11729–4706
13807189    American Carbide Saw Co.    Attn: Audra320 Springdale Ave.    Hatboro, PA 19040–2230
13807172    Amex    Correspondence/Bankruptcy    Po Box 981540    El Paso, TX 79998–1540
13807181    Artisans Business Machine    Attn: Robert Allen    287 Cocoa Cay Lane    Bear, DE 19701–2900
13807190    BB&T Commercial Equipment    2 Great Valle Parkway    Suite 300    Malvern, PA 19355–1319
13807173    Bank of America    4909 Savarese Circle    Fl1–908–01–50    Tampa, FL 33634–2413
13807182    Bank of the West    1625 W. Fountainhead Pkwy.    10th Floor    Tempe, AZ 85282–2371
13807191    Barclays Bank Delaware    Attn: Correspondence    Po Box 8801    Wilmington, DE 19899–8801
13807174    Bear Industries    15 Albie Dr.    Newark, DE 19702–1321
13807183    Bluelinx Corp.    P.O. Box 842216    Boston, MA 02284–2216
13807192    Bolden Brothers Propane    540 Old Barksdale Rd.    Newark, DE 19711–4534
13807175    Boulden Propane    107 Sandy Drive    Building 700    Newark, DE 19713–1148
13807184    Capital One    Attn: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130–0285
13807193    Chase Card Services    Attn: Bankruptcy    Po Box 15298    Wilmington, DE 19850–5298
13807176    Citi/Sears    Citibank/Centralized Bankruptcy    Po Box 790034    St Louis, MO 63179–0034
13807185    CitiCards    PO Box 790345    Saint Louis, MO 63179–0345
13807194    Citibank    Attn: Recovery/Centralized Bankruptcy    Po Box 790034    St Louis, MO 63179–0034
13807177    Citibank North America    Attn: Recovery/Centralized Bankruptcy    Po Box 790034    St Louis, MO 63179–0034
13807186    Citibank/The Home Depot    Attn: Recovery/Centralized Bankruptcy    Po Box 790034    St Louis, MO 63179–0034
13807195    Citizens Bank    1 Citizens Dr    Riverside, RI 02915–3000
13807196    Citizens Bank    Managed Assets Division    One Citizens Bank Way JCA130    ATTN: Robert Gallo, Workout Officer    Johnston, RI 02919–1922
13807197    Citizens Bank    c/o Stillman Law Office, LLC    50 Tower Office Park    Woburn, MA 01801–2113
13807198    Clear Systems    13438 Wyandotte St.    North Hollywood, CA 91605–4012
13807199    Comcast    c/o McCarthy, Burgess & Wolff    26000 Cannon Rd.    Cleveland, OH 44146–1807
13807209    Comenitybank/hottpic    Attn: Bankruptcy Dept    Po Box 182125    Columbus, OH 43218–2125
13807210    DISCOVER FINANCIAL SERVICES LLC    PO BOX 3025    NEW ALBANY OH 43054–3025
13807219    Delmarva Power    P.O. Box 13609    Philadelphia, PA 19101–3609
13807200    Department of Labor    Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809–0953
13807255    Discover Financial    Attn: Bankruptcy Department    Po Box 15316    Wilmington, DE 19850
13807238    Doreen H. Becker    Holfeld & Becker    1217 King Street    Wilmington, DE 19801–3217
13807220    FCR Collection Services    PO Box 18978    Irvine, CA 92623–8978
13807201    Fessenden Hall    1050 Sherman Ave.    Pennsauken, NJ 08110–2674
13807211    First Sound Bank    925 4th Ave.    Suite 2350    Seattle, WA 98104–1146
13807221    Hafele America Co.    3901 Cheyenne Dr.    High Point, NC 27263–3157
13807202    Hardware Resources    28093 Network Pl.    Chicago, IL 60673–1280
13807212    Hillas Mfg. & Pkging Solutions    3301 W. Bolt St.    Fort Worth, TX 76110–5817
13807222    Home Advisor    Att: Accounts Receivable    14023 Denver West Parkway    Golden, CO 80401–3253
13807246    Jeoffrey L. Burtch    P.O. Box 549    Wilmington, DE 19899–0549
13807203    Kabbage    Celtic Bank    268 S. State St.    Suite 300    Salt Lake City, UT 84111–5314
13807213    Keen Gas    P.O. Box 15151    Wilmington, DE 19850–5151
13807223    MSC Industrial Supply Co.    2300 E. Newlands Dr    Fernley, NV 89408–8914
13807204    Merchant Services    8500 Governors Hill Dr.    Cincinnati, OH 45249–1384
13807214    Miklus Properties, LLC    22 Albe Dr.    Newark, DE 19702–1322
13807224    Moyer Pest – Newtown Square    PO Box 64198    Souderton, PA 18964–0198
13807205    Network Solutions    12808 Gran Bay Parkway    Jacksonville, FL 32258–4468
13807215    New Castle County/Law    Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720–1648
13807225    On Deck Capital    1400 Broadway    New York, NY 10018–5300
13807206    On Deck Capital, Inc.    c/o Thompson, OBrien, Kemp & Nasut    40 Technology Parkway South Suite 300    Peachtree Corners, GA 30092–2924
13807178    On Deck Capital, Inc.    c/o Thompson, OBrien, Kemp & Nasut    40 Technology Pkwy S, Suite 300    Peachtree Corners, GA 30092–2924
13807216    PA Lumbermenans Mutual Insurance    P.O. Box 826558    Philadelphia, PA 19182–6558

| | | | | |
|---|---|---|---|---|
| 13807226 | Parags Glass Co. | 107–D Albe Dr. | Newark, DE 19702–1300 | |
| 13807207 | PayPal | P.O. Box 105658 | Atlanta, GA 30348–5658 | |
| 13807217 | PayPal Credit | P.O. Box 105658 | Atlanta, GA 30348–5658 | |
| 13807227 | RMC | 400 W. Cummings Park, Ste 4450 | Woburn, MA 01801–6594 | |
| 13807208 | Rehau Industries LLC | 1501 Edwards Ferry Rd. NE | Leesburg, VA 20176–6680 | |
| 13807218 | Roberts Extra Space | P.O. Box Drawer S | North East, MD 21901 | |
| 13807228 | Russell Plywood | c/o Jeffrey M. Weiner, Esquire | 1332 King St. | Wilmington, DE 19801–3220 |
| 13807258 | Russell Plywood, Inc. | c/o Jeffrey M. Weiner, Esquire | 1332 King Street | Wilmington, DE 19801–3220 |
| 13807229 | Securitech | 205 N. Marshall St. | Wilmington, DE 19804–2713 | |
| 13807230 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–3509 |
| 13807239 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, De 19801–3509 |
| 13807231 | Stephen D Browning | Michelle L Browning | 201 W. Skeet Cir. | Bear, DE 19701–2727 |
| 13807247 | Stephen D Browning | Michelle L Browning | 201 W. Skeet Cir. | Bear, DE 19701–2727 |
| 13807254 | Stephen D. Browning | 201 W. Skeet Cir. | Bear, DE 19701–2727 | |
| 13807232 | Suntrust Bank | Attn: Bankruptcy | Po Box 85092 Mc Va–Wmrk–7952 | Richmond, VA 23285–5092 |
| 13807136 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 13807187 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541–1021 |
| 13807259 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541–1021 |
| 13807240 | Synchrony Bank/Amazon | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896–5060 |
| 13807248 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | Po Box 965060 | Orlando, FL 32896–5060 |
| 13807233 | Synchrony Bank/Gap | Attn: Bankruptcy Dept | Po Box 965060 | Orlando, FL 32896–5060 |
| 13807241 | Synchrony Bank/Lowes | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896–5060 |
| 13807249 | Synchrony Bank/PayPal | c/o EGS Financial Care | P.O. Box 1020 Dept 806 | Horsham, PA 19044–8020 |
| 13807234 | Synchrony Bank/Walmart | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896–5060 |
| 13807242 | Taub Enterprises, LLC | 10 W. Periwinkle Ln. | Newark, DE 19711–6212 | |
| 13807250 | The Bank of The West | P.O. Box 7167 | Pasadena, CA 91109–7167 | |
| 13807235 | The Hartford Insurance Co. | P.O. Box 660916 | Dallas, TX 75266–0916 | |
| 13807170 | U.S. Bankruptcy Court | 824 Market Street, 3rd Floor | Wilmington, DE 19801 | |
| 13807243 | U.S. Trustee | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801–3519 |
| 13807251 | UPS | P.O. Box 7247–0244 | Philadelphia, PA 19170–0001 | |
| 13807236 | Uline Shipping Supply | Attn: Accounts Receivable | P.O. Box 88741 | Chicago, IL 60680–1741 |
| 13807244 | WEX Bank | P.O. Box 6293 | Carol Stream, IL 60197–6293 | |
| 13807252 | WILLIAM F. JAWORSKI, JR. | LAW OFFICE OF WILLIAM F. JAWORSKI | 1274 S. Governors Ave. | Dover, DE 19904–4802 |
| 13807237 | WSFS | 500 Delaware Ave | Wilmington, DE 19801–1490 | |
| 13807245 | WSFS Bank | c/o Hogan McDaniel | 1311 Delaware Ave. | Wilmington, DE 19806–4717 |
| 13807253 | WURTH | Attn: Sharon Bennett | 909 Forest Edge Dr. | Vernon Hills, IL 60061–3106 |

TOTAL: 90