19-11829 (LSS)

Effective today: 8/28/19
(update)
Please change my address
to:    P. O. Box 54
       Bear, DE   19

FILED 2019 AUG 28 AM 11:33 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Sincerely,
Michelle L. Browning